No. 88–1143. NATIONAL BANK & TRUST CO. OF NORTH AMER-ICA, LTD., DBA NATCORP v. BANCO DE VIZCAYA, S. A. Ct. App. N. Y. Certiorari denied.

No. 88–1145. DONG-A ILBO ET AL. v. LEE; and
No. 88–1163. CENTRAL VIRGINIA EDUCATIONAL TELEVISION CORP. v. LEE. C. A. 4th Cir. Certiorari denied. Reported below: 849 F. 2d 876.

No. 88–1149. CESSNA AIRCRAFT CO. v. BUTCHER ET AL. C. A. 5th Cir. Certiorari denied.

No. 88–1168. SWAIN ET AL. v. LINDSEY. Ct. App. Ky. Certiorari denied.

No. 88–1181. CUNNINGHAM, PER NEXT FRIEND, CUNNING-HAM, ET AL. v. BEAVERS, SUPERINTENDENT OF SCHOOLS, JACK-SONVILLE INDEPENDENT SCHOOL DISTRICT, ET AL. C. A. 5th Cir. Certiorari denied.

No. 88–1185. WALTERS v. FIRST TENNESSEE BANK, N. A. MEMPHIS. C. A. 6th Cir. Certiorari denied.

No. 88–1195. SERE v. HEADQUARTERS, DEFENSE COMMUNI-CATIONS AGENCY. C. A. 4th Cir. Certiorari denied.

No. 88–1224. REED v. NORTHWESTERN PUBLISHING CO., DBA COMMERCIAL NEWS, ET AL. Sup. Ct. Ill. Certiorari denied.

No. 88–1257. KERTESZ v. UNIVERSITY OF SOUTHERN CALI-FORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 88–1276. MACHEN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 88–1301. PUGLIESE ET AL. v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 88–1307. POSNER ET AL. v. UNITED STATES. C. A. 7th Cir. Certiorari denied.